UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

SAMUEL LOPEZ,

                             *Plaintiff,*

        *-against-*

RIDGEWOOD PROPERTIES HOLDINGS LLC and
TALON NYC, LLC,

                           *Defendants.*

-------------------------------------------------------------------------X

*Civil Action No. 26-cv-02191-PCG*

**STIPULATION EXTENDING
DEFENDANT'S TIME TO
ANSWER**

S I R S:

    ***IT IS HEREBY STIPULATED AND AGREED*** that the time of defendants RIDGEWOOD PROPERTIES HOLDINGS LLC and TALON NYC, LLC to appear, move and/or answer is hereby extended to the ***14th day of July, 2026***.

    ***IT IS FURTHER STIPULATED*** that a facsimile, e-mail copy or photocopy of this Stipulation will have the same force and effect as an original.

Dated: New York, New York
       May 12, 2026

ANES, FRIEDMAN, LEVENTHAL &
BALISTRERI, ATTORNEYS AT LAW, PLLC

_____
By CHARLES M. BALISTRERI, ESQ.
***Attorneys for Defendant,***
Ridgewood Properties Holdings LLC
52 Duane Street, 7th Floor
New York, NY 10007
(212) 962-0360
Email: cmb@aflblaw.com

BARDUCCI LAW FIRM, PLLC

/s/ Maria-Constanza Barducci, Esq.
By MARIA-CONSTANZA BARDUCCI, ESQ.
***Attorneys for Plaintiff***
5 West 19 Street, 10th Floor
New York, NY 10011
(212) 433-2554
Email: mc@barduccilaw.com