**ANES FRIEDMAN LEVENTHAL & BALISTRERI**
**ATTORNEYS AT LAW, PLLC**
52 Duane Street, 7th Floor
New York, NY 10007
Tel: (212) 962-0360
cmb@aflblaw.com


July 6, 2026

VIA ECF
The Honorable Peggy Cross-Goldenberg
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    Samuel Lopez v. Ridgewood Properties Holdings LLC, et al.,
>         Civil Action No. 1:26-cv-02191-PCG

Dear Judge Cross-Goldenberg:

We represent defendant Ridgewood Properties Holdings LLC ("Ridgewood") in the above-referenced action. Pursuant to Section I(C) of Your Honor's Individual Practices, we respectfully submit this letter motion, on consent, to extend Ridgewood's time to answer or otherwise respond to the Complaint from July 14, 2026 up to and including August 28, 2026. The parties have executed a stipulation memorializing this agreement, a copy of which is annexed hereto as Exhibit A.

In accordance with Section I(C) of Your Honor's local rules, the parties state:

1.    Current deadline. Ridgewood's time to answer or otherwise respond to the Complaint was previously extended, on consent, to July 14, 2026, pursuant to the parties' stipulation, which the Court So-Ordered on May 15, 2026 (ECF No. 6).

2.    Number of previous requests. This is the parties' second request to extend Ridgewood's time to respond to the Complaint. The first request, which extended the deadline to July 14, 2026, was granted by the Court's So-Ordered stipulation entered May 15, 2026 (ECF No. 6).

3.    Reason for the request. The requested extension will permit the parties to continue their ongoing discussions toward an early resolution and remediation of the accessibility conditions alleged in the Complaint, and will afford Ridgewood sufficient time to complete its investigation of the allegations and prepare its response.

4.    <u>Consent</u>. Plaintiff, through counsel, consents to this request. The parties' fully-executed stipulation is annexed hereto as Exhibit A.

5.    <u>Effect on other scheduled dates</u>. No initial conference, scheduling order, or other deadline has yet been set in this action, and the requested extension will not affect any other scheduled date.

We thank the Court for its consideration of this request.

Respectfully submitted,

ANES FRIEDMAN LEVENTHAL &
BALISTRERI, ATTORNEYS AT LAW, PLLC

By: /s/ Charles M. Balistreri
Charles M. Balistreri, Esq.
52 Duane Street, 7th Floor
New York, NY 10007
(212) 962-0360
cmb@aflblaw.com