**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK

SAMUEL LOPEZ V. RIDGEWOOD PROPERTIES HOLDINGS LLC, ET AL., NO.
1:26-CV-02191-PCG

# EXHIBIT A

Stipulation Extending Defendants' Time to Answer (fully executed June 30, 2026)

*Annexed to Defendant Ridgewood Properties Holdings LLC's Letter Motion to Extend
Time to Answer*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SAMUEL LOPEZ,                                          *Civil Action No. 26-cv-02191-PCG*

                           *Plaintiff,*          ***STIPULATION EXTENDING***
                                                              ***DEFENDANT'S TIME TO***
         -against-                          ***ANSWER***

RIDGEWOOD PROPERTIES HOLDINGS LLC and
TALON NYC, LLC,

                              *Defendants.*
------------------------------------------------------------------------X

S I R S:

      ***IT IS HEREBY STIPULATED AND AGREED*** that the time of defendants RIDGEWOOD

PROPERTIES HOLDINGS LLC and TALON NYC, LLC to appear, move and/or answer is hereby

extended to the ***28th day of August, 2026***.

      ***IT IS FURTHER STIPULATED*** that a facsimile, e-mail copy or photocopy of this Stipulation

will have the same force and effect as an original.


Dated: New York, New York
       June 30, 2026


ANES, FRIEDMAN, LEVENTHAL &
BALISTRERI, ATTORNEYS AT LAW, PLLC

_____
By CHARLES M. BALISTRERI, ESQ.
***Attorneys for Defendant***,
Ridgewood Properties Holdings LLC
52 Duane Street, 7th Floor
New York, NY  10007
(212) 962-0360
Email: cmb@aflblaw.com

BARDUCCI LAW FIRM, PLLC

/s/  Maria-Constanza Barducci, Esq.
By MARIA-CONSTANZA BARDUCCI, ESQ.
***Attorneys for Plaintiff***
5 West 19 Street, 10th Floor
New York, NY  10011
(212) 433-2554
Email: mc@barduccilaw.com